# Exhibit "J"



| Received: | Nov 28, 2012 9:46 AM |
|---|---|
| Expires: | Dec 28, 2012 9:46 AM |
| From: | april.lyon@nationstarmail.com |
| To: | |
| Cc: | |
| Subject: | Re: FW: Loan # |

Attachments: Legends Tax Return 2011.pdf, Financial Statements.tif, Scata Enterprises Tax Return 2011.pdf, RAMSNA Tax Return 2011.pdf, Bank statements.tif, Scata Tax Return 2011.pdf, attachment1, HOA STATEMENT.rtf, Coherent Tax Return 2011.pdf, Tax Return Signatures 2011.tif, Regent Tax Return 2011.pdf

Hello Mr Scata,

When you call in you will want to dial: 888- 850- 9398

My extension is 2860

I will try reaching out to you later today if I do not receive a call from you.

Thank you.

**April Lyon**
Foreclosure Prevention Specialist

2617 College Park
Scottsbluff, NE 69361
308-632-2860

From:
To: <april.lyon@nationstarmail.com>
Date: 11/28/2012 09:40 AM
Subject: FW: Loan #

April:

I returned you call and you were not available. The rep could not find your extension. She also said all the doc's I sent were not uploaded, ie HOA Statement. There were notes in the file that said you were missing some documents but there was no indication what they were.

I am very anxious in moving this forward quickly. What is the easiest way to reach you.

Mike Scata   Loan #

**From:** Mike Scata [ mailto:                    ]
**Sent:** Tuesday, November 20, 2012 12:13 AM
**To:** 'april.lyon@nationstarmail.com'
**Subject:** Loan #
**Importance:** High

April:

These are the documents requested to send to you for my file.

All business and personal tax returns.

# Exhibit K



**Nationstar MORTGAGE**
350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-67547-0000272-001-1-000-000-000-000

**Required Documents**
**Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

November 29, 2012

Loan # ▮▮▮▮▮▮▮▮

Re: HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

- RMA (Request for Modification and Affidavit form)
- IRS 4506-T SIGNED BY BORROWER(S)
- Documentation for all sources of income

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

Nationstar Mortgage
Attn: Making Home Affordable Loan Modification Processing Unit
350 Highland Drive
Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please mail or fax in the above listed document(s) no later than December 29, 2012 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Assigned Foreclosure Prevention Specialist is April Lyon and can be reached at (888) 811-5281 EXT. 2860, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.MyNationstarMtg.com for further information.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE(4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



692-4020-0812F

HPMD

# Exhibit "L"



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

  0-692-69528-0001845-001-1-000-000-000-000

**Required Documents**
**Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

January 27, 2013

Loan # ███████

Re:  HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

    Most recent quarterly or Year to Date Profit & Loss statement showing gross income, expenses, and net income

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

    Nationstar Mortgage
    Attn: Making Home Affordable Loan Modification Processing Unit
    350 Highland Drive
    Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than February 26, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Assigned Foreclosure Prevention Specialist is Loran Shaw and can be reached at (888) 850-9398 EXT. 5197, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.MyNationstarMtg.com for further information.

Sincerely,
**Nationstar Mortgage LLC**

    **If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE  (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



692-4020-0812F

HPMD

Exhibit "M"



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

0-692-69569-0002366-001-1-000-000-000-000

**Required Documents
Open Immediately**

MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

January 30, 2013

Loan #

Re: HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

    Most recent quarterly or Year to Date Profit & Loss statement showing gross income, expenses, and net income

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

    Nationstar Mortgage
    Attn: Making Home Affordable Loan Modification Processing Unit
    350 Highland Drive
    Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than March 1, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Assigned Foreclosure Prevention Specialist is Loran Shaw and can be reached at (888) 850-9398 EXT. 5197,  Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.MyNationstarMtg.com for further information.

Sincerely,

**Nationstar Mortgage LLC**

    **If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



692-4020-0812F

HPMD

# Exhibit L

Fax # 214-6?6 - 1/14

February 22, 2013

Nationstar Mortgage

Loan Modification Department

Loren Shaw

Loan # ███████

Please find enclosed my fourth quarter Profit and Loss statements for our companies.

During my last conversation with you, you stated that your manager would fix the problem with the statements and then resubmit them. I have followed up after our call to verify that it had been done but did not receive a call or a voice message.

During my call today with your office, they stated that the modified statements still had not been submitted. They also stated that my deadline is Tuesday February 25th to submit.

I am sending them via email, fax and regular mail.

Please get these documents into underwriting immediately.

Thank you for your cooperation.

Mike Scata

# Exhibit M



**Nationstar** ℠
MORTGAGE

350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

03/24/2013



0-692-71395-0000127-001-1-000-000-000-000

MICHAEL A SCATA
JEANNIE M SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

**Open Immediately**
**Important Information**

Loan#: ▓▓▓▓▓▓▓▓
PropertyAddress: 7131 FOUR RIVERS RD
BOULDER CO 80301

Dear MICHAEL A SCATA,

Thank You! We have received your documentation for the Making Home Affordable Modification Program (HAMP).

Nationstar Mortgage will now review your information to verify that you are eligible for this program. This review process can take between 20-60 days. Nationstar will review the contents of the Financial Solicitation Package and determine if you are eligible for the HAMP based on your gross income.  Once a determination is made, you will be sent written notification of the decision.  If it is determined that you are ineligible for HAMP, you will be referred for alternative workout solutions. Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP.  However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Nationstar will contact you if more information is needed in order to fully evaluate your request for HAMP.

If you have any questions, your Assigned Foreclosure Prevention Specialist is Micheal Herring and can be reached at (888) 850-9398 EXT. 8067136, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit us at   www.MyNationstarMtg.com for more information regarding HAMP and other alternative workout solutions.

Sincerely,

Nationstar Morgage LLC

**If you have any questions about Home Affordable Modification, you can call** the Homeowners HOPE™ Hotline at **1-888-995-HOPE(4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish



*This is an attempt to collect a debt and any information obtained may be used for that purpose.*

692-4020-0812F

ACKL

# Exhibit N

March 26, 2013

Carl Webster
NationStar Mortgage

Dear Carl:

- Please find attached the documents you requested to move forward with my loan modification.
- Up-dated application.
- 2 months bank statements
- Letter for 1099 – R
- 4506 –Ts for Jeannie & I and all entities.
- Up-dated financial statements (4th Quarter 2012) for all entities. Scata Enterprises profit and loss expenses detail is included.
- Letter explaining all entities except Scata Enterprises are not operating or generating any income.

Let me know if you need anything else.

I have placed all documents into one PDF as requested.

Sincerely yours,

*[signature]*   3/26/13

Michael Scata

Loan # ███████