# Exhibit O



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

   0-692-72317-0004736-001-1-000-000-000-000

**Required Documents
Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

April 7, 2013

Loan #  ▓▓▓▓▓▓▓▓ .

Re:   HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

> Most recent quarterly or Year to Date Profit & Loss statement showing gross income expenses and net income

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

> Nationstar Mortgage
> Attn: Making Home Affordable Loan Modification Processing Unit
> 350 Highland Drive
> Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than May 7, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Assigned Foreclosure Prevention Specialist is Tamara Ellis and can be reached at (888) 850-9398 EXT. 8067082,  Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.MyNationstarMtg.com for further information.

Sincerely,

**Nationstar  Mortgage LLC**

> If you have other questions about Home Affordable Modification, you can call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE  (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling  services in English and Spanish.



692-4020-0812F

HPMD

Exhibit "R"

April 22, 2013

Foyed
4/22/13

FAX # 214 626-1114

NationStar Mortgage
Michele Mosley

RE Loan # ▮▮▮▮▮▮▮▮
Michael & Jeannie Scata

Michele:

I called your office and spoke to a representative on Saturday. She stated that I need to update my file. Please find attached the following:

March - Bank Statement – you already have January and February statements from the last request submitted March 26th, 2013.

Updated Profit & Loss Statements on all the entities through 1st quarter 2013. Only Scata Enterprises is active.

I also attached the extensions filed with the IRS for the 2012 tax returns for the business entities and our personal returns.

Corrected 4506 – T with Jeannie's signature on it.

Call me if you have any questions or need additional information.

Contact information: cell – ▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮▮▮▮

Thank you for your consideration.

Michael Scata

# Exhibit "S"

 350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-72623-0000308-001-1-000-000-000-000

**Required Documents**
**Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO 80301-3733

||·|||·|·|·|··|··|||·|·|·|·|·|··|·|·|||·|||·|··|·|·|··|·|··|·|

April 27, 2013

Loan # ▉▉▉▉▉▉▉▉

Re: HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

- Most recent quarterly or Year to Date Profit & Loss statement showing gross income, expenses, and net income
- Homeowners association documentation showing amount and frequency of payment
- Documentation for all sources of income

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

Nationstar Mortgage
Attn: Making Home Affordable Loan Modification Processing Unit
350 Highland Drive
Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than May 27, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Assigned Foreclosure Prevention Specialist is Michelle Mosley and can be reached at (888) 850-9398 EXT. 8067218, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.MyNationstarMtg.com for further information.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



692-4020-0812F

HPMD

# Exhibit T

*For # 14-488-1993*

*GIAN for 214-626-1582*

May 13, 2013

NationStar Mortgage

RE: Additional request information

To whom it may concern.

Please find attached the following based on your request:

1). a new HOA payment statement.

2). P&L statements through the first Quarter 2013 for the following businesses, Scata Enterprises, Inc d/b/a The Scata Group, Legendary Designs, Inc., Regent Asset Management Solutions, Inc., Regent Asset Management Solutions North America, LLC, and Coherent Financial Services.

3). I was not able to get a dissolution statement from the Secretary of State's because the companies have been forfeited per the states records. I called the Secretary of State and they said I can't dissolve a company that no longer exists. I have attached a print out from the Secretary of State that shows the companies no longer exist. I trust this will satisfy your requirements.

Additionally, Legendary Designs, Inc. is my wife's company that she successfully managed for 25 years. She wants to keep the corporation open incase her health returns and she is healthy enough to participate at some time in the future. To date, she is not healthy enough to work. She just wants to keep that option open for the future incase her health situation changes. She has not been active in Legendary Designs since 2008.

Please process my application ASAP. I have been working on this matter with Nationstar since July 2012. I am very frustrated that it has taken 10 months and I still do not have an approval. We have made monthly payments for over one year. When we receive an approval and our mortgage is modified, I will buy health insurance to ensure an unforeseen medical problem will not impede our ability to make payments in the future.

Your immediate attention to my application and approval is greatly appreciated.

Sincerely yours,

Michael Scata

Loan # ███████

# Exhibit "U"

 350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-73769-0001671-001-1-000-000-000-000

# FINAL REQUEST
## Incomplete Information



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

May 29, 2013

Loan #   

Re:   HAMP Documents

Dear MICHAEL SCATA,

You were recently notified in writing that Nationstar Mortgage is missing required documentation necessary to fully evaluate your request for the federal government's Home Affordable Modification Program (HAMP). As of May 29, 2013 we have not received the following documentation or this information is incomplete:

      Documentation for all sources of income
      MOST RECENT QUARTERLY OR YEAR TO DATE PROFIT & LOSS STATEMENT SHOWING GROSS INCOME, EXPENSES, AND NET INCOME

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

    Nationstar Mortgage
    Attn: Making Home Affordable Loan Modification Processing Unit
    350 Highland Drive
    Lewisville, TX 75067

**If the required documentation is not received by 6/13/2013 you will be ineligible for this permanent loan modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Don't delay!! If you have any questions regarding this notice, your Assigned Foreclosure Prevention Specialist is Jennifer Garrison and can be reached at (888) 850-9398 EXT. 8067248, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit us on the web at www.MyNationstarMtg.com.

Sincerely,

## Nationstar Mortgage LLC

      If you have other questions about Home Affordable Modification, you can call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

 *This is an attempt to collect a debt and any information obtained may be used for that purpose.*

692-4020-0812F

HPMD2

# Exhibit "V"

6/5/2013

To whom it May Concern:

Please find attached the 1st QTR F/S for all the Entities on My 2011 Tax Return.

Please Note that this is the 4th Time I have sent these in the past two weeks!

# Exhibit "W"



**Nationstar**
MORTGAGE

350 Highland Drive
Lewisville, TX 75067

0-692-74890-0000117-001-1-000-000-000-000

MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO 80301-3733

June 26, 2013

Re:   Loan Number: ▮▮▮▮▮▮
     Property Address:
     7131 FOUR RIVERS RD
     BOULDER CO 80301

**HELPING YOU STAY IN YOUR HOME.**



MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
*Act now to get the help you need!*

Dear MICHAEL SCATA,

Thank you for inquiring to us about the U.S. Treasury's Home Affordable Modification Program (HAMP), administered through Fannie Mae. We have given your request careful consideration and regret that you do not meet the HAMP program guidelines because:

> We are unable to offer you a Home Affordable Modification because you did not provide us with the documents we requested. Two notices which listed the specific documents we needed and the time frames required to provide them have been sent to you.

There are other possible alternatives that may be available to you.

**Loan Modification** - a modification to the term of a mortgage loan that makes it more affordable.

**Deed-in-lieu** - a borrower voluntarily transfers title to and possession of the property to Nationstar to satisfy the mortgage loan debt and avoid foreclosure.

**Pre-Foreclosure Sale/Short sale** - a property is listed for sale and proceeds of the sale are accepted in exchange for a release of the lien, even if those proceeds are less than the amount owed.

You have 30 calendar days from the date of this notice to contact Nationstar Mortgage to discuss the reason for non-approval for a HAMP modification or to discuss alternative foreclosure prevention options that may be available to you. Your loan may be referred to foreclosure during this time, or any pending foreclosure action may continue. However, **no foreclosure sale will be conducted and you will not lose your home** during this 30-day period (or any longer period required for us to review supplemental material you may provide in response to this Notice.


EQUAL HOUSING LENDER

DLFS



If you have any questions regarding the reason for the denial of your request, your Assigned Foreclosure Prevention Specialist is Terri Turner and can be reached at (888) 850-9398 EXT. 3007789, Monday-Friday, 8 a.m. to 8 p.m. (CST) and Saturday, 8 a.m. to 12 p.m. or via mail at the above listed mailing address, or email us at customerrelationsofficer@nationstarmail.com. Visit us on the web at www.MyNationstarMtg.com for further clarification of possible alternatives.

Sincerely,

**NATIONSTAR MORTGAGE LLC**

*This is an attempt to collect a debt and any information obtained may be used for that purpose.*

*If you have other questions about Home Affordable Modification, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.*

**Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.**

DLFS