# Exhibit "X

# Mike Scata

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Monday, July 08, 2013 3:36 PM |
| **To:** | 'Dominic.Munoz@nationstarmail.com' |
| **Subject:** | RE: update info |

Dominic:

What was the last date of my RMA so I can review it to determine if I need to make changes.

Please advise ASAP so I can get it back in for review.

Thanks,

Mike Scata
#████████████

**From:** Dominic.Munoz@nationstarmail.com [mailto:Dominic.Munoz@nationstarmail.com]
**Sent:** Monday, July 08, 2013 2:27 PM
**To:** Mike Scata
**Subject:** Re: update info

Mr. Scata,

     After further review of your modification, it has come to my attention that your modification was rejected due to missing documents. I can resubmit your modification with all of your documents. I will need your Request for Modification and Affidavit (RMA). We do have a previous RMA on file. If nothing has changed, I will need you to white-out and change the date of your RMA to today's date. Send that document back over to me and I will submit your modification for review. I do apologize for the inconvenience. This was an oversight on my end. I looking forward to hearing back from you soon. Thank you for your cooperation.

---

**Dominic Munoz**

Foreclosure Prevention Specialist



2501 S. Price
Chandler, AZ 85286
480-467-0572
Fax: 972-353-6540

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3349 / Virus Database: 3204/6473 - Release Date: 07/08/13

1

# Exhibit W



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

07/13/2013



0-692-75507-0000116-001-1-000-000-000-000

MICHAEL A SCATA
JEANNIE M SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

**Open Immediately
Important Information**

Loan#: ▉▉▉▉▉▉▉
Property Address:  7131 FOUR RIVERS RD
BOULDER CO 80301

Dear MICHAEL A SCATA,

Thank You! We have received your documentation for the Making Home Affordable Modification Program (HAMP).

Nationstar Mortgage will now review your information to verify that you are eligible for this program. This review process can take between 20-60 days. Nationstar will review the contents of the Financial Solicitation Package and determine if you are eligible for the HAMP based on your gross income.  Once a determination is made, you will be sent written notification of the decision.  If it is determined that you are ineligible for HAMP, you will be referred for alternative workout solutions. Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP.  However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Nationstar will contact you if more information is needed in order to fully evaluate your request for HAMP.

If you have any questions, your Dedicated Loan Specialist is Aaron Sterling and can be reached at (888) 850-9398 EXT. 8067290, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit us at **www.MyNationstarMtg.com** for more information regarding HAMP and other alternative workout solutions.

Sincerely,

Nationstar Morgage LLC

**If you have any questions about Home Affordable Modification, you can call** the Homeowners HOPE™ Hotline at **1-888-995-HOPE(4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish

*This is an attempt to collect a debt and any information obtained may be used for that purpose.*

692-4020-0812F

# Exhibit'Z



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-75567-0000291-001-1-000-000-000-000

**Required Documents
Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

July 14, 2013

Loan # ███████

Re:  HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

IRS 4506-T signed by borrower(s)
MOST RECENT SIGNED COPY OF TAX RETURN 1040S INCLUDING ALL SCHEDULES

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

Nationstar Mortgage
Attn: Making Home Affordable Loan Modification Processing Unit
350 Highland Drive
Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than August 13, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Dedicated Loan Specialist is Aaron Sterling and can be reached at (888) 850-9398 EXT. 8067290, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at **www.MyNationstarMtg.com** for further information.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



692-4020-0812F

HPMD

# Exhibit Y

July 24, 2013

Aaron Sterling

NationStar Mortgage


Aaron:

Please find attached my revised 4506 – T for Jeannie and I as well as all the 5 entities.

I apologize for the delay.   I contracted a computer virus that shut down my computer, therefore, I could not get the forms out the day you called.

Let me know if you need anything else.

Michael Scata

Emailed To Aaron
7/24/2013

Exhibit"\

 **Nationstar**
**M O R T G A G E** ™

350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-76095-0000446-001-1-000-000-000-000



**Required Documents**
**Open Immediately**

MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

July 27, 2013

Loan # ▮▮▮▮▮▮▮

Re:  HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

Most recent quarterly or Year to Date Profit & Loss statement showing gross income, expenses, and net income
MOST RECENT SIGNED COPY OF TAX RETURN 1040S INCLUDING ALL SCHEDULES

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

Nationstar Mortgage
Attn: Making Home Affordable Loan Modification Processing Unit
350 Highland Drive
Lewisville, TX 75067

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than August 26, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Dedicated Loan Specialist is Aaron Sterling and can be reached at (888) 850-9398 EXT. 8067290, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at www.**MyNationstarMtg.com** for further information.

Sincerely,

Nationstar  Mortgage  LLC

**If you have other questions** about **Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE  (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



HPMD

692-4020-0812F

Exhibit "CC"

# FAX COVER SHEET

8/23/13

Fax No.   214 626-1167

To: Aaron Sterling

From: Michael Scata

Pages including cover sheet ___7___

Please send the following documents to underwriting ASAP.

They include typed 2012 tax extensions for Michael & Jeannie Scata, Scata Enterprises, Inc., Legendary Designs, Inc., Regent Asset Management Solutions, Inc., Coherent Financial Services, Inc. and letter of explaination for 2011 Scata tax return schedule C.

Please let me know if anything else is needed immediately.

Thank you.

Mike Scata

Exhibit "C"D

**Medved Dale Decker & Deere, LLC**
**355 Union Blvd., Suite 250**
**Lakewood, Colorado 80228**
**Telephone:  (303) 274-0155**
**Fax:  (303) 274-0159**
**E-Mail:  info@medvedlaw.com**

August 22, 2013

MICHAEL A SCATA, 7131 FOUR RIVERS RD, BOULDER, CO, 80301
JEANNIE M SCATA, 7131 FOUR RIVERS RD, BOULDER, CO, 80301

Our File No.:          13-945-25204
Property address:      7131 FOUR RIVERS RD , BOULDER, CO 80301

**YOUR MORTGAGE LOAN HAS BEEN REFERRED TO OUR FIRM FOR FORECLOSURE**

Our client, NATIONSTAR MORTGAGE LLC, has referred your loan to us for foreclosure. While the foreclosure process has begun, you may still have foreclosure prevention alternatives available to you to avoid the disruption and damage to your credit that a foreclosure sale can cause—BUT YOU MUST ACT IMMEDIATELY!

**YOU MAY STILL HAVE ALTERNATIVES.** You may have had an unexpected expense, loss of income, or another circumstance that has prevented you from making your mortgage payments. Regardless of your situation, foreclosure is usually the worst possible outcome.

If you provide information about your situation, NATIONSTAR MORTGAGE LLC can determine whether you qualify for temporary or long-term relief, including options that allow you to stay in your home (forbearance, repayment, modification) or leave your home while avoiding foreclosure (short sale, deed-in-lieu of foreclosure).

**YOU MUST ACT IMMEDIATELY!**
NATIONSTAR MORTGAGE LLC may have previously sent you a letter advising you of possible alternatives to foreclosure, along with a Borrower Solicitation/Response Package with documents for you to complete and return to NATIONSTAR MORTGAGE LLC to be evaluated for these alternatives.  If you did not receive or no longer have the documents, or have not returned all of the documents, please contact NATIONSTAR MORTGAGE LLC immediately at: 1-888-480-2432 to obtain the documents.

Even if you have previously indicated that you are not interested in saving your home you can still be evaluated for alternatives to foreclosure.

Once NATIONSTAR MORTGAGE LLC has evaluated your information, you will be contacted regarding options and next steps. If you need assistance, contact NATIONSTAR MORTGAGE LLC at 1-888-480-2432.

**Unless you are ineligible for an appeal, if you are contemplating or have a pending appeal of an earlier denial of a loan modification application, you may submit a loan modification application in lieu of your appeal within thirty (30) days after the date of this letter.**

**Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  FOR MORE INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE THE FOLLOWING WEBSITE: WWW.AGO.STATE.CO.US/CAB.HTM.**

Sincerely,
MEDVED DALE DECKER & DEERE, LLC

Holly L. Decker #32647
Toni M. N. Dale, Esq.