Exhibit "C"



**Nationstar**
M O R T G A G E℠

350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-77348-0000205-001-1-000-000-000-000

**FINAL REQUEST**
Incomplete Information



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO 80301-3733

ﬠﺍﻧﺎﻟﻼﻟﺎﺍﺍ

August 30, 2013

Loan #  ▢▢▢▢▢

Re:  HAMP Documents

Dear MICHAEL SCATA,

You were recently notified in writing that Nationstar Mortgage is missing required documentation necessary to fully evaluate your request for the federal government's Home Affordable Modification Program (HAMP).  As of August 30, 2013  we have not received the following documentation or this information is incomplete:

> RMA (Request for Modification and Affidavit form)

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

> Nationstar Mortgage
> Attn: Making Home Affordable Loan Modification Processing Unit
> P.O. Box 630268
> Irving, TX 75063

**If the required documentation is not received by 9/14/2013 you will be ineligible for this permanent loan modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation.**

Don't delay!! If you have any questions regarding this notice, your Dedicated Loan Specialist is Joy Collins and can be reached at (888) 850-9398, EXT. 8067058, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit us on the web at www.MyNationstarMtg.com.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and off counseling services in English and Spanish.

 *This is an attempt to collect a debt and any information obtained may be used for that purpose.*

692-4020-0812F

HPMD2

# Exhibit "C"

Dec 31 13 09:10a      Michael & Jeannie Scata                                        p.3

 **Nationstar** MORTGAGE™    350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-78024-0000228-001-1-000-000-000-000

**Required Documents
Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

September 15, 2013

Loan # ▮▮▮▮▮▮▮

Re: _HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required documents**:

> Current Unemployment award letter showing start date and maximum and weekly benefit amounts
> HOMEOWNERS ASSOCIATION DOCUMENTATION SHOWING AMOUNT AND FREQUENCY OF PAYMENT
> Most recent SIGNED copy of tax return 1040s including all schedules

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

> Nationstar Mortgage
> Attn: Making Home Affordable Loan Modification Processing Unit
> P.O. Box 630268
> Irving, TX 75063

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than October 15, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Dedicated Loan Specialist is Duane Fenton and can be reached at (888) 850-9398 EXT. 8067086, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at **www.MyNationstarMtg.com** for further information.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



HPMD

692-4020-0812F

Exhibit "C"



Nationstar
M O R T G A G E

350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-79388-0000197-001-1-000-000-000-000

MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

## FINAL REQUEST
### Incomplete Information



October 17, 2013

Loan # ████████

Re:  HAMP Documents

Dear MICHAEL SCATA,

You were recently notified in writing that Nationstar Mortgage is missing required documentation necessary to fully evaluate your request for the federal government's Home Affordable Modification Program (HAMP).  As of October 17, 2013  we have not received the following documentation or this information is incomplete:

> Current Unemployment award letter showing start date and maximum and weekly benefit amounts
> HOMEOWNERS ASSOCIATION DOCUMENTATION SHOWING AMOUNT AND FREQUENCY OF PAYMENT
> Most recent SIGNED copy of tax return 1040s including all schedules

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

Nationstar Mortgage
Attn: Making Home Affordable Loan Modification Processing Unit
P.O. Box 630288
Irving, TX 75063

**If the required documentation is not received by 11/1/2013 you will be ineligible for this permanent loan modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, no foreclosure sale will be conducted and you will not lose your home during the HAMP evaluation.

Don't delay! If you have any questions regarding this notice, your Dedicated Loan Specialist is Duane Fenton and can be reached at (888) 850-9398 EXT. 8067086, Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit us on the web at www.MyNationstarMtg.com.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

 *This is an attempt to collect a debt and any information obtained may be used for that purpose.*

692-4020-0812F

HPMD2

# Exhibit "CH

Dec 31 13 09:13a        Michael & Jeannie Scata        ██████████        p.11



350 Highland Drive
Lewisville, TX 75067
www.MyNationstarMtg.com

 0-692-80158-0000110-001-1-000-000-000-000

**Required Documents
Open Immediately**



MICHAEL SCATA
7131 FOUR RIVERS RD
BOULDER CO  80301-3733

|ᵢₗₗ|ᵢᵢₗᵢ||ᵢ|ₗₗₗₗₗ|ₗₗₚₗₗₗᵤₗₗᵢₗₗₗₗ||||ₚₗₗ|ᵢₗₗₗ|ₗ|

                                                November 2, 2013

Loan #  ██████████

Re:  HAMP Documents

Dear MICHAEL SCATA,

Thank you for sending in the documents needed to evaluate your request for the federal government's Home Affordable Modification Program (HAMP). However, we are missing the following **required** documents:

        IRS W2 or 1099
        SCHEDULE 1120S

You may fax the needed documents to 1-214-488-1993 or mail them to the following address:

        Nationstar Mortgage
        Attn: Making Home Affordable Loan Modification Processing Unit
        P.O. Box 630268
        Irving, TX 75063

**If you fail to send in these document(s), you will become ineligible for the HAMP modification.**

Please note that during this evaluation period, your home will not be referred to foreclosure or if your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

Please mail or fax in the above listed document(s) no later than December 2, 2013 in order for Nationstar Mortgage to complete your request. If you have any questions regarding the needed documents, your Dedicated Loan Specialist is Duane Fenton and can be reached at (888) 850-9398 EXT. 8067086,  Monday through Thursday, between 8:00 a.m. and 8:00 p.m. (CST) and Friday, between 8:00 a.m. and 5:00 p.m.(CST) or via mail at the above listed mailing address. You can also visit our website at **www.MyNationstarMtg.com** for further information.

Sincerely,

**Nationstar Mortgage LLC**

**If you have other questions about Home Affordable Modification, you can call** the Homeowner's HOPE™ Hotline at **1-888-995-HOPE  (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



                                                            692-4020-0812F

HPMD

# Group Exhibit "C"

# Exhibit AG-1

Dec 31 13 09:16a        Michael & Jeannie Scata                                    p.20

*Sent*
*11/8/2013*

Michael & Jeannie Scata

7131 Four Rivers Rd

Boulder, CO 80301.

Loan #

See attached

*Michael & Jeannie Scata*

*2012    1040*

*and   K-1's   - all active Entities*

*K-1  Coherent Financial Services*

*K-1  Legendary Designs*

*K-1  Scata Enterprises*

# Exhibit'ʹCI /4

Dec 31 13 09:17a      Michael & Jeannie Scata                    ████████                p.22

Sent #11/23/2013
10:15 AM

November 21, 2013

To: Duane Fenton

From: Michael Scata

Pages including cover sheet ___42___ *or more pgs*

LOAN # ████████████████

As per your most recent request, here are the last documents you need to re-submit my file to under writing.

NOTE:  This package was sent on 11/8/2013 but your office says they never received it so here it is again.

2012 tax return 1040  Michael & Jeannie Scata

1065 for Coherent Financial Services

1120 S Legendary Designs, Inc. year 2012

1120 S Scata Enterprises, Inc.  year 2012

1099-R Franklin Fund

I believe this covers all requested items from the representatives and letter.

If anything else is needed, please let me know immediately.

Thank you.

Mike Scata

████████████████

New Fax # 214 - 488 - 1993

# Exhibit AG-3

November 30, 2013

Nationstar Mortgage

RE Loan # ████████ – Michael & Jeannie Scata

Dear Paris:

As requested here is my response to the following:

Unemployment income is not on any application I have ever sent.   It is self-employment income which is on the correct line on the application. You confirmed.

The 1099-R was enclosed in the 56 page fax I sent on or about November 22nd. This was the second time I sent the fax. You confirmed receipt.

The property on 240 2nd Avenue, Niwot CO was sold on October 8th, 2012 which is clearly identified on the tax return.

I have also enclosed a copy of the lease which identifies the rental income from rental date to the sale of the property.

Michael Scata

Exhibit''CJ

**Medved Dale Decker & Deere, LLC**
**355 Union Blvd., Suite 250**
**Lakewood, Colorado 80228**
**Telephone: (303) 274-0155**
**Fax: (303) 274-0159**
**E-Mail: info@medvedlaw.com**

December 4, 2013

MICHAEL A. SCATA, 7131 FOUR RIVERS RD, BOULDER, CO, 80301
JEANNIE M. SCATA, 7131 FOUR RIVERS RD, BOULDER CO 80301

Our File No.:          13-945-25685
Property address:      7131 FOUR RIVERS RD, BOULDER, CO 80301

**YOUR MORTGAGE LOAN HAS BEEN REFERRED TO OUR FIRM FOR FORECLOSURE**

Our client, NATIONSTAR MORTGAGE LLC, has referred your loan to us for foreclosure. While the foreclosure process has begun, you may still have foreclosure prevention alternatives available to you to avoid the disruption and damage to your credit that a foreclosure sale can cause—BUT YOU MUST ACT IMMEDIATELY!

**YOU MAY STILL HAVE ALTERNATIVES.** You may have had an unexpected expense, loss of income, or another circumstance that has prevented you from making your mortgage payments. Regardless of your situation, foreclosure is usually the worst possible outcome.

If you provide information about your situation, NATIONSTAR MORTGAGE LLC can determine whether you qualify for temporary or long-term relief, including options that allow you to stay in your home (forbearance, repayment, modification) or leave your home while avoiding foreclosure (short sale, deed-in-lieu of foreclosure).

**YOU MUST ACT IMMEDIATELY!**
NATIONSTAR MORTGAGE LLC may have previously sent you a letter advising you of possible alternatives to foreclosure, along with a Borrower Solicitation/Response Package with documents for you to complete and return to NATIONSTAR MORTGAGE LLC to be evaluated for these alternatives. If you did not receive or no longer have the documents, or have not returned all of the documents, please contact NATIONSTAR MORTGAGE LLC immediately at: 1-888-480-2432 to obtain the documents.

Even if you have previously indicated that you are not interested in saving your home you can still be evaluated for alternatives to foreclosure.

Once NATIONSTAR MORTGAGE LLC has evaluated your information, you will be contacted regarding options and next steps. If you need assistance, contact NATIONSTAR MORTGAGE LLC at 1-888-480-2432.

**Unless you are ineligible for an appeal, if you are contemplating or have a pending appeal of an earlier denial of a loan modification application, you may submit a loan modification application in lieu of your appeal within thirty (30) days after the date of this letter.**

**Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose. FOR MORE INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE THE FOLLOWING WEBSITE: WWW.AGO.STATE.CO.US/CAB.HTM.**

Sincerely,
MEDVED DALE DECKER & DEERE, LLC

Holly L. Decker, #32647
Toni M. N. Dale, Esq.

Exhibit CK

# Exhibit "CK3

FAX COVER SHEET

December 16, 2013

NationStar Mortgage

Fax # 1  214 488-1993

RE: Loan # ██████████

Michael & Jeannie Scata

7131 Four Rivers Rd.

Boulder, CO 80301

NationStar:

Please find attached the information on the 1099 – R (one time distribution) and an explanation on the rental Property at 240 2nd Ave, Niwot, CO 80301 which was sold October 8th, 2012 as shown on the 1040 tax return for 2012.

This information was previously sent in my fax on November 22, 2013 and December 3, 2013.

This time, please upload it for the underwriters review.

Thank you.

Mike Scata

████████████

# Exhibit "K4"

FAX COVER SHEET

December 30, 2013

Nickolas ??????
NationStar Mortgage
Fax # 1 214 222-6002


RE: Loan # █████████
Michael & Jeannie Scata
7131 Four Rivers Rd.
Boulder, CO 80301


NationStar:

Please find attached the information on the years 2012's (1099 – R   a **onetime premature** distribution). I do not have an awards letter because it was an early distribution but I have attached the November fund statement, as requested.  Please let me know if you have any questions or further documentation requests.

This information was previously sent in my fax on November 22, 2013, December 3, 2013 and December 16th, 2013.

This time, please upload it for the underwriters review.

Thank you.

Mike Scata

█████████