## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-189

**MICHAEL SCATA and JEANNIE SCATA**, individually and on behalf of all others similarly situated,

       Plaintiffs,

  vs.

**NATIONSTAR MORTGAGE LLC,** a Delaware limited liability company,

       Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR NATIONSTAR MORTGAGE, LLC TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, defendant Nationstar Mortgage LLC moves for a 30-day extension to respond to plaintiffs Michael and Jeannie Scata's complaint in this matter.  Also pursuant to Local Rule 6-1, and as shown in the certificate of service, undersigned counsel will serve the motion on Nationstar contemporaneously with its filing.

Nationstar's deadline to respond to the complaint was February 14, 2014.  The motion is made after that deadline as undersigned counsel were not aware of the service of the complaint until after the deadline had expired.  No prior extensions or continuances have been sought or granted.  No party will be prejudiced if the extension is granted.

Nationstar has met and conferred with plaintiffs' counsel pursuant to Local Rule 7.1. Plaintiffs' counsel do not oppose the extension sought.

Good cause exists for the continuance as the complaint is pled as a putative nationwide class action that raises several complex issues. The complaint is 49 pages long (sans exhibits), contains 161 paragraphs, and attaches 26 separate exhibits. It attempts to plead seven different claims for relief on behalf of five different alleged classes. Under these circumstances, additional time is necessary to evaluate plaintiffs' legal theories and the facts underlying their claims so that Nationstar can prepare an appropriate response.

For these reasons, Nationstar respectfully requests that the Court grant the motion and continue its deadline to respond to the complaint for 30 days, to and including March 17, 2014.

DATED: February 26, 2014     Respectfully submitted,

By:     */s/ Erik Kemp*
            Erik Kemp

John B. Sullivan
jbs@severson.com
Erik Kemp
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Defendant Nationstar Mortgage LLC*

## PROOF OF SERVICE
*Scata, et al. v. Nationstar Mortgage, LLC*
**1:14-cv-00189-REB-KLM**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On February 26, 2014, I served true copies of the following document(s):

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR NATIONSTAR MORTGAGE, LLC TO RESPOND TO COMPLAINT**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2014, at San Francisco, California.

_____
Juli A. Carter

**SERVICE LIST**
*Scata, et al. v. Nationstar Mortgage, LLC*
**1:14-cv-00189-REB-KLM**

By CM/ECF:
Megan L. Lindsey
EDELSON, PC
999 18th Street, Suite 300
Denver, CO 80202

Tel:  (303) 357-4876
Fax: (303) 446-9111
Email: mlindsey@edelson.com
       michael.scata@naaco.com

Attorneys for Plaintiffs Michael Scata and Jeannie Scata

By US Mail:
Nationstar Mortgage, LLC           Defendant
350 Highland Drive
Lewisville, TX 75067