IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, individually and on behalf of all others similarly situated, and
JEANNIE SCATA, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

      Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Approve Stipulated Protective Order [#21]**[1] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#21-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: June 23, 2014

---

[1] "[#21]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.