IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, individually and on behalf of all others similarly situated, and
JEANNIE SCATA, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the Plaintiffs' email requesting a discovery hearing. The Court has reviewed the 11-page written discovery dispute chart and discovery requests and responses submitted by Plaintiffs. In short, Plaintiffs request a hearing on forty-one issues relating to their written discovery requests (the chart references 6 of Defendant's General Objections, 3 of Defendant's Objections to Definitions, 18 Requests for Production, 12 Interrogatories, and 2 Requests for Admission.)

      IT IS HEREBY **ORDERED** as follows:

    A.    Plaintiffs shall select **two (2) Requests for Production, two (2) Interrogatories and one (1) Request for Admission** to address at the hearing.

    B.    **No later than 12:00 p.m. (noon) on August 5, 2014**, Plaintiffs shall send an email to the Court (Mix_Chambers@cod.uscourts.gov) and opposing counsel identifying the discovery requests they have selected to address at the hearing.

    C.    A telephone hearing shall be held on the selected discovery requests on **August 7, 2014 at 2:00 p.m.** Counsel shall conference together before calling the Court at 303-335-2770 to participate.

      Dated:  August 4, 2014