IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 14-cr-00189-REB-KLM | FTR - Reporter Deck - Courtroom C204 |
| Date: August 7, 2014 | Courtroom Deputy: Laura Galera |

*Parties:*                                                          *Counsel:*

MICHAEL SCATA, ET AL.,                              Megan Lindsey

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC,                     Mark Wraight

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in Session:   1:59 p.m.**

Court calls case. Appearance of counsel.

Telephonic Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Responses to Requests for Production #10 and #23, Interrogatory #9 and #13 and Request for Admission #5 (the "Motion").  For the reasons set forth on the record:

**ORDERED:**   The Motion is **GRANTED IN PART** with respect to Request for Production #10, to the extent that Plaintiff has clarified the meaning of "Form Letter One."

**ORDERED:**   The Motion is **GRANTED** with respect to Request for Production #23.

**ORDERED:**   The Motion is **GRANTED** with respect to Interrogatory #9.

**ORDERED:**   The Motion is **GRANTED** with respect to Interrogatory #13.  The relevant time period will be from January 2012 through January 2014.

**ORDERED:** The Motion is **GRANTED** with respect to Request for Admission #5.

**ORDERED:** Defendants shall produce modified responses to the aforementioned discovery requests **within thirty days**. To the extent that Defendant intends to continue to object on the basis of burdensomeness, the parties are ordered to confer about that issue within the thirty days. If the parties are unable to reach a resolution, they are instructed to follow the Court's procedure regarding discovery disputes. **Counsel are further directed to confer about amended responses to the remaining discovery requests identified on Plaintiffs' Discovery Dispute Chart in light of the guidance provided by the Court at the hearing.**

HEARING CONCLUDED.
**Court in recess:** 3:06 p.m.
Time In Court: 01:07 minutes

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.