**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, and
JEANNIE SCATA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the recommendation contained in the **Recommendation of United States Magistrate Judge** [#38],[1] filed November 17, 2014. No objection having been timely filed to the recommendation, I review it for plain error only. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#38], filed November 17, 2014, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

   2. That defendant's **Memorandum of Points and Authorities in Support of Motion To Dismiss** [#11], filed March 17, 2014, is **GRANTED**;

   3. That Count VII of the **Complaint** [#1], filed January 22, 2014, alleging a claim under the Colorado Fair Debt Collection Practices Act, is **DISMISSED WITH PREJUDICE**; and

   4. That at the time judgment enters, judgment with prejudice **SHALL ENTER** on behalf of defendant, Nationstar Mortgage LLC, a Delaware limited liability company, against plaintiffs, Michael Scata and Jeannie Scata, individually and on behalf of all others similarly situated, jointly and severally, on Count VII of the **Complaint** [#1], filed January 22, 2014, alleging a claim under the Colorado Fair Debt Collection Practices Act.

   Dated December 12, 2014, at Denver, Colorado.

                 **BY THE COURT:**

*[Signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge