IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, individually and on behalf of all others similarly situated, and
JEANNIE SCATA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Agreed Motion for Additional Discovery Relating to Evidentiary Hearing Set for May 5, 2015** [#58][1]. The parties seek to depose witnesses disclosed by the opposing side [##56, 57] who are anticipated to provide testimony at the May 5, 2015 evidentiary hearing. *Motion* [#58] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#58] is **GRANTED**. The parties may depose these witnesses via telephone for up to one hour per witness solely with respect to the matters to be discussed at the May 5, 2015 evidentiary hearing.

    Dated: March 30, 2015

---

[1] "[#58]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.