IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, individually and on behalf of all others similarly situated, and
JEANNIE SCATA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Status Report in Response to the Court's Order of June 25, 2015 [#67]** [#68][1] (the Status Report"). In the Status Report, Plaintiff Jeannie Scata informed that Court that the parties were "discussing settlement" and that because Plaintiffs received a modification offer from Defendant, "it is highly likely that the Parties will be able to resolve the case within the next two to four weeks." *Status Report* [#68] at 2. As a result, Plaintiff Jeannie Scata asked the Court to hold the two pending motions [##32, 50] in abeyance. *Id.* To date Plaintiffs have not filed a stipulation of dismissal, notice of settlement, or any other document informing the Court of the status of the settlement discussions.

    The Court observes that the two pending motions [##32, 50] have been pending for a significant period. Motions which remain unadjudicated for a lengthy period of time distort the statistical and administrative recordkeeping of the Court. Accordingly,

    IT IS HEREBY **ORDERED** that Medved Dale Decker & Deere's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action [#32] and Plaintiffs' Second Motion to Extend Deadlines for the Parties to File Papers Related to Class Certification and Related Deadlines [#50] are **DENIED without prejudice**.

---

[1] "[#68]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that, **on or before September 4, 2015**, Plaintiffs shall file a Status Report informing the Court of the status of this case.

Dated:  August 21, 2015