**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA and JEANNIE SCATA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL OF PLAINTIFF JEANNIE SCATA'S CLAIMS ONLY

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Jeannie's** [*sic*] **Scata's Claims With Prejudice** [#76],[1] filed November 12, 2015. Having considered the motion and the file, and being fully advised, I find and conclude that the stipulation should be approved, and that Ms. Scata's individual claims against defendant should be dismissed with prejudice.[2]

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#76]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] As class certification was never granted in this matter, the provisions of Fed. R. Civ. P. 23(e) are not implicated. Nevertheless, the parties have stipulated that the dismissal of Ms. Scata's individual claims is without prejudice as to any claims alleged by the putative, uncertified class against Nationstar.

In addition, this settlement does not implicate the individual claims alleged by co-plaintiff, Michael Scata, who has negotiated a separate settlement with the trustee of his Chapter 7 bankruptcy estate. Subject to approval of the bankruptcy court, the parties represent that Mr. Scata will file a stipulation of the dismissal of his claims in this action as well.

1.  That the **Stipulation To Dismiss Jeannie's** [sic] **Scata's Claims With Prejudice** [#76], filed November 12, 2015, is approved;

2.  That the individual claims alleged by plaintiff Jeannie Scata against defendant Nationstar Mortgage LLC are dismissed with prejudice, with each party to bear her or its own costs and attorney fees; and

3.  That plaintiff Jeannie Scata, individually, is dropped as a named party to this action, and the case caption is amended accordingly.

Dated November 13, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge