**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00189-REB-KLM

MICHAEL SCATA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Michael Scata's Claims With Prejudice** [#78],[1] filed November 24, 2015. Having considered the motion and the file, and being advised of the premises, I find and conclude that the stipulation should be approved, and that Mr. Scata's individual claims against defendant should be dismissed with prejudice. Further, because no putative class representatives remain in this action, all putative class claims likewise are dismissed, albeit without prejudice.[2]

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Michael Scata's Claims With Prejudice** [#78], filed November 24, 2015, is approved;

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] As class certification was never granted in this matter, the provisions of Fed. R. Civ. P. 23(e) are not implicated.

  2. That the individual claims alleged by plaintiff Michael Scata against defendant Nationstar Mortgage LLC are dismissed with prejudice, with each party to pay its own costs and attorney fees;

  3. That the putative class claims asserted herein are dismissed without prejudice; and

  4. That this case is closed.

Dated November 25, 2015, at Denver, Colorado.

              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge